1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

APTUS HEALTH, INC.,

9

Plaintiff,

NO. C18-1351RSL

10

v.

11

JOHN DOE 1 and JOHN DOE 2,

ORDER GRANTING MOTION FOR
EXPEDITED DISCOVERY

12

Defendants.

13

14

This matter comes before the Court on "Plaintiff Aptus Health, Inc.'s *Ex Parte* Amended

15

Motion for Leave to Conduct Expedited Discovery." Dkt. # 7 "[W]here the identity of alleged

16

defendants will not be known prior to the filing of a complaint[,] . . . the plaintiff should be

17

given an opportunity through discovery to identify the unknown defendants, unless it is clear

18

that discovery would not uncover the identities, or that the complaint would be dismissed on

19

other grounds." Soo Park v. Thompson, 851 F.3d 910, 928 (9th Cir. 2017) (quoting Gillespie v.

20

Civiletti, 629 F.2d 637, 642 (9th Cir. 1980)). Having reviewed the allegations of the amended

21

complaint (Dkt. # 6), the Court finds that plaintiff has sufficiently pled a Computer Fraud and

22

Abuse Act claim and is unable to identify the Doe defendants without taking discovery from

23

24

Amazon. Plaintiff's renewed motion for expedited discovery is therefore GRANTED. Plaintiff

25

may serve one or more subpoenas on Amazon under Fed. R. Civ. P. 45 seeking information

26

27

ORDER GRANTING MOTION
FOR EXPEDITED DISCOVERY - 1

28

regarding the identity and/or contact information of persons who redeemed the allegedly stolen Amazon gift codes.

Dated this 10th day of January, 2019.

Robert S. Lasnik
United States District Judge

ORDER GRANTING MOTION
FOR EXPEDITED DISCOVERY - 2