# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| APTUS HEALTH, INC., | |
|---|---|
| Plaintiff, | |
| vs. | NO. C18-1351RSL |
| JOHN DOE 1 AND JOHN DOE 2, | ORDER TO SHOW CAUSE |
| Defendants. | |

This matter comes before the Court sua sponte. The above entitled case was filed on September 12, 2018. This Court issued an Order Granting Motion for Expedited Discovery on January, 10, 2019. No documents have been filed since January 10, 2019.

Plaintiff is hereby ORDERED TO SHOW CAUSE why the above-captioned case should not be dismissed for failure to prosecute pursuant to Local Civil Rule 41(b)(1). Plaintiff shall file a responsive brief no later than November 15, 2019. The Clerk of Court is directed to place this Order to Show Cause on the Court's calendar for Friday, November 15, 2019.

DATED this 30th day of October, 2019.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER TO SHOW CAUSE